# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Samsung A10e - Model SM-A102U  IMEI: 359620107005979, Brookhaven Police evidence # 20-0000308; Apple iPhone - 8 Plus - Cracked screen, cracked back glass - no IMEI, Brookhaven Police evidence # 20-0000309; and Apple iPhone - unknown model - unknown S/N, IMEI. Brookhaven Police evidence # 20-0000323. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  21-mj-165 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A incorporated herein.

located in the _____ Eastern _____ District of _____ Pennsylvania _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1951 | Hobbs Act Robbery. |

The application is based on these facts:
See Attached Affidavit incorporated herein.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Benjamin P. Paris
*Applicant's signature*

Benjamin P. Paris, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 01/29/2021 _____

/s/ Lynne A. Sitarski
*Judge's signature*

City and state:  Philadelphia, PA

HON. LYNNE A SITARSKI, US Magistrate Judge
*Printed name and title*